# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2023

March 20, 2023

**VIA ECF**
The Honorable Colleen McMahon, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Nieves et al v. Vanderleigh Properties, LLC et al*
**Case No.: 1:22-cv-10581-CM**

**MEMO ENDORSED**

Dear Honorable Judge McMahon:

This law firm represents Plaintiff Eduardo Nieves (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rule I(D), this letter respectfully serves to request an adjournment of the telephonic Initial Case Conference scheduled for March 23, 2023 at 11:15 a.m., to a date and time set by the Court after April 23, 2023.

This is the first request of its nature. If granted, this request will not affect any other scheduled deadlines.

The basis for this request is that Defendants Vanderleigh Properties, LLC, 7 of 8 Realty Co. LLC, Jayden 65 Co. LLC, Loqutis 80 Co. LLC (collectively, the "Corporate Defendants"), Robert Moses, Henry Moses, Jr., Praxis Realty Co. LLC, Kelvin Trevino, (collectively, the "Individual Defendants", and together with the Corporate Defendants, the "Defendants") have not yet appeared in the action.

A short adjournment is needed in order for the undersigned counsel to ensure that service is perfected pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 4(m). The undersigned intends to proceed with the initial case conference once Defendants have appeared, or alternatively, proceed with the filing of a motion for default, in the event of Defendants' continued non-appearance.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

*[Handwritten endorsement:]* 3/21/2023 Conference adjourned to May 4, 2023 @ 11:45 am. /s/ Colleen McMahon

VIA ECF: All Counsel

1