USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Eduardo Nieves, et al.,

                Plaintiff(s),

-against-

Vanderleigh Properties, LLC, et al.,

                Defendant(s).

22 Civ. 10581 (CM) (RWL)

MEDIATION REFERRAL ORDER

United States District Judge:

    It is hereby ORDERED that this case is referred for mediation. The parties are to participate in the Court's S.D.N.Y. Mediation Program. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED:

Dated:  May 23, 2024
          New York, New York

                                                      United States District Judge