USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 11/18/2024

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Eduardo Nieves and Vernonica Ramirez, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

                                  *Plaintiff,*

        – against –

Vanderleigh Properties, LLC, 7 of 8 Realty Co. LLC, Jayden 65 Co. LLC, Loqutis 80 Co. LLC, Praxis Realty Co. LLC, Henry Moses, Jr. (a/k/a Skip Moses), Robert Moses, and Kelvin Trevino,

                                  *Defendants.*
-------------------------------------------------------------X

Case No.: 1:22-cv-10581

~~PROPOSED~~ **JUDGMENT**

On October 21, 2024, Plaintiffs Eduardo Nieves and Vernonica Ramirez (the "Plaintiffs") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendant Vanderleigh Properties, LLC in the amount of Seventy Five Thousand Dollars and zero cents ($75,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

This judgment is intended to resolve, in full satisfaction, all of Plaintiffs' claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiffs asserted or could have asserted in this Action, including but not limited to, any claims Plaintiffs may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

The payment amount shall be paid on or before a date within fourteen (14) days of the date of this Judgment.

Dated: 14 November, 2024

SO ORDERED

_____

- 2 -